UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-80022-CV-CANNON

GARFIELD SPENCE,

    Plaintiff,

v.

SAB BOYNTON HOLDINGS LLC,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Pursuant to S.D. Fla. Loc. R. 16-4, Plaintiff Gerald Spence and Defendant SAB Boynton Holdings, LLC advise the Court that the parties have reached an agreement to settle the above-styled action. The parties will file a stipulation for dismissal of this action in its entirety with prejudice once settlement papers are completed, which the parties reasonably expect to do no later than 30 days from the date hereof. Accordingly, the parties respectfully request that the Court vacate all currently set deadlines.

Respectfully submitted this 30th day of March 2023.

| | |
|---|---|
| By: */s/ Alberto R. Leal* | By: */s/ Michael J. Lufkin* |
| Alberto R. Leal, Esq. | Michael J. Lufkin, Esq. |
| Florida Bar No. 1002345 | Florida Bar No. 0030492 |
| E-mail: albertolealesq@gmail.com.com | E-mail: mlufkin@lippes.com |
| | |
| ALBERTO R. LEAL, ESQ., P.A. | LIPPES MATHIAS, LLP |
| 8927 Hypoluxo Road, #157 | 10151 Deerwood Park Blvd. |
| Lake Worth, FL 33467 | Bldg. 300, Suite 300 |
| Telephone: (954) 637-1868 | Jacksonville, FL 32256 |
| | Telephone: (904) 660-0020 |
| Attorney for Plaintiff | |
| | Attorneys for Defendant |

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that the foregoing Joint Notice of Settlement was electronically filed this 30th day of March 2023 by using the CM/ECF system, which will send notice of electronic filing of the foregoing document to the following:

>Alberto R. Leal, Esq.
>Alberto R. Leal, Esq., P.A.
>8927 Hypoluxo Road, #157
>Lake Worth, FL 33467
>E-mail: albertolealesq@gmail.com
>
>Attorney for Plaintiff
>
>*/s/ Michael J. Lufkin*
>Attorney