UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80022-CIV-CANNON

**GARFIELD SPENCE**,

    Plaintiff,

v.

**SAB BOYNTON HOLDINGS LLC**,

    Defendant.

_____/

### ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** comes before the Court upon the Joint Notice of Settlement [ECF No. 9], filed on March 30, 2023, in which the parties advise that they have settled this matter. The Court has carefully reviewed the file and is fully advised. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a Stipulation of Dismissal on or before **May 1, 2023**.

2. If the parties fail to complete the expected settlement, any party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any scheduled hearings are **CANCELED**, any pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

CASE NO. 23-80022-CIV-CANNON

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 31st day of March 2023.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record